## VANDALIA RAILROAD COMPANY *v.* CLAY COUNTY HOME AND SAVINGS ASSOCIATION ET AL.

[No. 22,533.   Filed January 29, 1914.   Rehearing denied April 1, 1914.]

From Clay Circuit Court; *John M. Rawley*, Judge.

Action by the Vandalia Railroad Company against the Clay County Home and Savings Association and others. From a judgment for the defendants, the plaintiff appeals. (Transferred from the Appellate Court under §1405 Burns 1908, Acts 1901 p. 590.) *Reversed.*

Vandalia R. Co. *v.* Clay County, etc., Sav. Assn.—181 Ind. 704.

*McNutt, Wallace & Sanders, A. W. Knight* and *John G. Williams,* for appellant.

E. S. Holliday and Frank S. Horner, for appellees.

ERWIN, J.—This action was begun by appellant to recover possession of and quiet title to a thirty-foot strip off of the west end of lots 101 and 102 in the Indianapolis Rolling Mills Company's first addition to the city of Brazil, Clay County. The pleadings and issues and findings in this case are the same as in *Vandalia R. Co.* v. *Wheeler* (1914), *ante* 424, 103 N. E. 1069, except that the answer in disclaimer in this case, disclaims any interest in a strip about eight feet wide off of the west end of said lots 101 and 102, and particularly described in said answer of disclaimer. On the authority of *Vandalia R. Co.* v. *Wheeler, supra,* this judgment is reversed with instructions to the court below to grant a new trial.